# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL CUMMINS, *et al.*, | : | Civil No. 1:22-CV-01205 |
| Plaintiffs, | : | (Magistrate Judge Schwab) |
| v. | : | |
| WAL-MART STORES EAST, L.P., *et al.*, | : | |
| Defendants. | : | |

## ORDER
July 24, 2024

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the defendants' motion for summary judgment (*doc. 33*) is **GRANTED**. Accordingly, **IT IS FURTHER ORDERED** that judgment is entered in favor of Wal-Mart Stores East, L.P., Walmart Stores East, Inc., and Walmart, Inc. Accordingly, the Clerk of Court is directed to enter judgment in favor of the defendants and to close the case.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge