# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL CUMMINS, *et al.*, | : | CIVIL NO. 1:22-CV-01205 |
| Plaintiffs, | : | (Magistrate Judge Schwab) |
| v. | : | |
| WAL-MART STORES EAST, L.P., individually and d/b/a WAL-MART SUPERCENTER, *et al.*, | : | |
| Defendants. | : | |

## ORDER
February 4, 2026

For the reasons set forth in our memorandum opinion, filed simultaneously with this order, **IT IS ORDERED** that the plaintiffs' motion for reconsideration (*doc. 47*) is **DENIED**.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge